IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br>    Plaintiffs, <br><br>vs. <br><br>JEFFREY JONES, a/k/a RANDY JONES, <br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 07-0074-CG-B ) ) ) ) |

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

This matter is before the court on the plaintiffs' motion for entry of default judgment by the court. (Doc. 14). Based upon the grounds cited and good cause appearing, it is hereby **ORDERED, ADJUDGED, and DECREED** that default judgment be entered in favor of plaintiffs and against defendant, and that:

1.    Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Amended Complaint, in the total principal sum of Six Thousand Seven Hundred Fifty Dollars ($6,750.00).

2.    Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

> "We Are Family," on album "We Are Family," by artist "Sister Sledge" (SR# 6-182);
> "Kiss From A Rose," on album "Seal," by artist "Seal" (SR# 194-147);
> "Something to Talk About," on album "Luck of the Draw," by artist "Bonnie Raitt" (SR# 133-193);
> "Super Freak," on album "Street Songs," by artist "Rick James" (SR# 25-800);
> "When Love Comes To Town," on album "Rattle & Hum," by artist "U2" (SR# 99-818);
> "In America," on album "Full Moon," by artist "Charlie Daniels" (SR# 20-167);
> "She's Out Of My Life," on album "Off The Wall," by artist "Michael Jackson" (SR# 11-120);
> "I Wanna Dance With Somebody," on album "Whitney," by artist "Whitney Houston" (SR# 89-966);
> "Saving All My Love For You," on album "Whitney Houston," by artist "Whitney Houston" (SR# 60-716);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**DONE and ORDERED** this the 29th day of May, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE